IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>XAVIER EDELMIRO GONZALEZ, )<br>)<br>Defendant. )<br>_____) | Case No. CR-05-106-S-BLW<br><br>**ORDER GRANTING**<br>**MOTION TO CONTINUE**<br>**SENTENCING HEARING** |

    The Court has before it defendant's motion to continue his sentencing hearing. (Docket No. 23). The defendant seeks a continuance of his sentencing date, as well as his deadline for responding to the pre-sentence report. He seeks this extension to afford some additional time for investigation. The government does not oppose the defendant's motion. Although the defendant acknowledges there are no speedy trial rights, he has expressly waived any right he might have to a speedier sentencing.

    The Court finds, after a consideration of the circumstances of this case, that the ends of justice would be best served by the granting of the defendant's motion. Accordingly, the motion to continue sentencing is hereby GRANTED. The current sentencing date is VACATED. The new date for defendant's sentencing shall be

**Order -- Page 1**

**February 7, 2006 at 8:30 a.m.** at the James A. McClure Federal Building and U.S. Courthouse in **Boise, Idaho**.



DATED: **November 28, 2005**

B. LYNN WINMILL
Chief Judge
United States District Court

**Order -- Page 2**